**Order entered June 29, 2018**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01227-CV

### CANDLE MEADOW HOMEOWNERS ASSOCIATION, Appellant

### V.

### SAIDRICK JACKSON, WILLIAM FREEMON AND CEDRIC DODD, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04272**

## ORDER

Before the Court is appellee's June 28, 2018 unopposed motion for leave to file sur-reply brief. Attached to the motion is a copy of the proposed sur-reply.

We **GRANT** the motion and **ORDER** the brief be filed no later July 6, 2018. No further briefing shall be filed unless ordered by the Court.

/s/     DAVID EVANS
         JUSTICE